IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                    PLAINTIFF/RESPONDENT

   V.                          Civil No. 05-2081
                   Criminal No. 99-20031

TYRONE COLLINS                              DEFENDANT/MOVANT

O R D E R

On this 3rd day of November 2005, there comes on for consideration the report and

recommendation filed in this case on October 26, 2005, by the Honorable Bobby E.

Shepherd, United States Magistrate for the Western District of Arkansas. (Doc. 42.) Movant

has filed written objections.  (Doc. 43.)

The court has reviewed this case *de novo* and, being well and sufficiently advised,

finds as follows:  The report and recommendation is proper and should be and hereby is

adopted in its entirety.  Accordingly, the 28 U.S.C. § 2255 motion is  DISMISSED as barred

by the statute of limitations.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge